(1)

In The United States District Court
Eastern District of Texas
Lufkin Division

Brent Wade Singleton

vs                                    Cause No: 9:24-CV-176 MAC-CLS

Bennie Schrott ET.AL

## Amend Pleading (Complaint)

Comes Now Brent W. Singleton Proceeding Pro Se Filed This Lawsuit Pursuant to 42 USCS Sect. 1983 That Was Entered 30 August 2024 Pursuant to: USCS Amendment 2, 4, 5, 6, 7 and 14 and In Response to "ORDER" That was Entered on 11 June 2025 Pursuant To Federal Rule of Civil Procedure 12(e) In Which The Court Is Asking For A More Definite Statement In Which the Court Finds That Plaintiff Should Be Required to Re Plead, Specifying Definite acts and Incident

Statement: I B.W.S. Is Not Voiding The Lawsuit at Bar to Re Explain what I Filed But Plaintiff Have Requested

Page 1

② For the court to Appoint Civil Rights Attorney Daryl K. Washington in January 2025 by not Granting Request Delay Proceeding and is unfair to Plaintiff

---

On Original Suite 42 USCS Sect. 1983
PAGE 3        IV. Parties to This Suit: B

Briefly describe the Act(s) or Omission(s) of the Defendant Which Harmed You

OKAY  Defendant #1    BENNEE SCHIROH
Deprived Me of Federal Constitutional Right While Acting Under Color of State Law
The Acts or Omissions: He Deprived me of a Right of Not to Be Tried
① He Lacked Probable Cause to Try Me
② He Did Not Acquire Jurisdiction to Indict   Indictment is Void   The Acts are Not Harmless

---

Defendant 2.    Jeremy Alexander
Deprived Me of Federal Constitutional Rights While Acting Under Color of State Law
This Guy States that I Pointed a Gun at Him While He Had a Gun already Pointed at Me which is Perjury and He claims that He Was Attempting to Arrest or Detain Me is Perjury

Page 2            9-24-cv-176

3) Without Probable Cause or Authority

Defendant #3          Jeffrey Dean
Deprived me of Federal Constitutional Rights
While Acting under Color of State Law

The Acts or Omissions
Jeffrey Dean Made an Illegal Fourth Amendment Violation During the Initial Unlawful Seizure and Unlawful Detention
The Incident: I Asked Jeffrey Dean Three Times; Why are (did) you stop me and Each Time He Gave an Unconstitutional Answer —. This was not Harmless And He Gets to Trial And Perjury Himself He Says I Shot at Him Twice and He Hits the Ground and Disappears

(PAGE 4)   V. Statement of Claim
I was descriminated Against Because of My Race
I was searched and Seized Without Probable Cause or Authority
I was Racially Profiled without Probable Cause or Authority
I was Maliciously Prosecuted Without Probable Cause or Authority

Page 3 / 9:24-cv-176

(4) I was tried on a void indictment and void jury charge

Some members of jury were/are members of the Ku Klux Klan

Describe How Each defendant is Involved (OKAY) Jeffrey Dean Illegally searched and seized me without Probable cause at the Rudys Convenient Store; I request the Reason why - what I was asking is what Authority do you have to Detain me; He gave No Constitutional Reason for None of the Three Times that I Requested

Jeremy Alexander, Alleges that while He was On Duty Jeffrey Dean Requested His Assistance to Arrest or Detain Plaintiff For No Reason

Bennie Schiroh is the District Attorney - that Fabricated the Prosecution of the Case without Probable Cause or Authority

## VI. "Relief"

State Briefly Exactly what you want the Court to do For You.

Page 4    9-24-cv-176

[5] Make No Legal Argument; Court Notes Constitutes

(1) Declaratory Relief Under 4th, 5th, 6th and 14th amendments of the U.S. Constitution

[2] Injunctive Relief - To Grant Relief In Form of Acquittal

[3] Punitive Damages - $75,000.00/100 Dollars Per Year Per Violation

I want the Court to Grant Relief that Plaintiff Is Entitled to Under the U.S. Const Amends Listed Above As-For-Said

(1) Plaintiff Request, The Court to Add Defendant #4 LISA ANN MYCHALK on Page 3 of Original (1983) Filed 30 Aug 2024

[2] Plaintiff Request the Court Leave to File to Appoint Civil Rights Attorney Daryl K. Washington 325 N. Saint Paul Street Suite 3950, Dallas Texas 75201

[3] Request Court Leave to File Motion For Jury Trial
[4] Request Court Leave to File Motion to Unseal Records
[5] Request Court Leave To File Motion For Attorney Fees and Costs

PAGE 5        9-24-CV-176

Page 6

To Request Court Leave to File Motion For Court to Grant For Litigation Fees and Costs Past and if Needed Future Costs As Well

## Statement of Case

Despite Evidence to Support States Alleged Claim that Plaintiff Plaintiff committed any Crime that was Charged. The State Charge was Aggravated Assault Against a Public Servant a Jury Convicted Him and Sentenced Him to 35 years Illegally

## Prayer

Where Premises Considered Plaintiff Prays the Court to Grant All Motions that He Filed and All Prayers and Restore Status Quo of Petition

Pabeb    9-24-CV-176 MAC-CLS

## Certificate of Service

I, [illegible], Certify that on 16 July 2025, I Filed the Foregoing Amended Pleading (Complaint) Via U.S. Mail Certified Receipt #:

7022-2410-0000-2854-2535

at 1230 Hrs.

Executed 16 July 2025

[signature]

## Unsworn Declaration

I, [illegible], Declare Under Penalty of Perjury that the Foregoing is True and Correct

Executed 16 July 2025

[signature]

Dear Clerk:

From: Brent Singleton

What I Filed is this

(1) 1 Seven Page Amended Pleading (Complaint)

(2) 6 Motion For Leave to File Motions.

(1) Motion For Leave to File For Court To Request Appoint Civil Rights Attorney Dary/K Washington 325 N. Saint Paul Street Suite 3950, Dallas, TX, 75201

(2) Motion For Leave to File For Jury Trial

(3) Motion For Leave to File to Add Judge Lisa Ann Mychalk as Defendant #4 on Sect. 1983

(4) Motion For Leave to File Motion to Unseal Records to All Proceedings at Bar

(5) Motion For Leave to File " Motion For Attorney Fees and Costs

(6) Motion For Leave to File For Past Litigations and Cost and Fees

16 July 2025

