| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRENT WADE SINGLETON, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 9:24-CV-176
§
BENNIE SCHIROH, *et al.*, §
§
    Defendants. §

## FINAL JUDGMENT

This action came on before the court, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** that plaintiff take nothing and that this lawsuit is **DISMISSED** for failure to state a claim upon which relief may be granted for seeking monetary relief from defendants immune from such relief.

All motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of October, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE